

U.S. Department of Justice

*Leah B. Foley*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*  *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 8, 2025

Anastasia Dubrovsky, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re:** **United States v. Armani Minier Tejada**
<u>**Appeal No. 24-1176**</u>

Dear Ms. Dubrovsky:

In answer to the Court's request at oral argument today, the government confirms the evidence supports the conclusion that the selector switches used to make the firearms fully automatic were purchased using pooled drug money. The relevant testimony, from Jaiir Coleman, is cited at page 9 of the government's brief and found at JA.1185-86:

> Q: Who bought them?
> A: I did.
> Q: Where did you get the money to buy them?
> A: From selling drugs.
> Q: Was it all your money?
> A: No.
> Q: Where did the money come from in terms of individuals?
> A: Some came from the defendant, some came from Klein [Ulysse], same [sic] came from Marcus [Carlisle, a/k/a Reckless] and some came from BB [David Oth].

1

Q: Sort of a group purchase, so to speak?
A: Yes.
Q: And where did the money come from that you used to make the purchase?
A: Selling drugs.

Furthermore, the evidence repeatedly confirmed that these individuals' source of income was drug dealing. *See, e.g.*, JA.445, 513, 532, 547, 1072, 1074-75, 1081, 1083, 1087, 1181.

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

By:   /s/ *Alexia R. De Vincentis*
        ALEXIA R. DE VINCENTIS
        Assistant U.S. Attorney

cc:   Eamonn R. C. Hart, Esq.
      Brann & Isaacson
      113 Lisbon Street
      P.O. Box 3070
      Lewiston, ME 04243-3070